IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

NOV - 4 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 25-cr-40044-JPG |
| JAMES ELMER ENGLAND III, | ) ) | Title 18 United States Code Sections 922(g)(1) |
| Defendant. | ) ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Felon in Possession of a Firearm

On or about March 11, 2025, in Lawrence County, within the Southern District of Illinois,

**JAMES ELMER ENGLAND III,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Child Molesting, Case No. 20D03-2112-F1-000013 in Elkhart County, did knowingly possess a Smith and Wesson, Model M&P Shield, Caliber 9mm, pistol, serial number JPL0693, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
### Impeding a Federal Officer by use of a Dangerous Weapon

On or about March 11, 2025, in Lawrence County, within the Southern District of Illinois,

**JAMES ELMER ENGLAND III,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere by use of a dangerous weapon, with any person designated in 18 U.S.C. § 1114, to wit: E.W., a member of the United States Marshal Service, who was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

1

## FORFEITURE OF FIREARMS ALLEGATION

Upon conviction of the offense alleged in this Indictment,

**JAMES ELMER ENGLAND III,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Smith and Wesson, Model M&P Shield, Caliber 9mm, pistol, serial number JPL0693 and any and all magazines and ammunition seized.

A TRUE BILL

THOMAS E. LEGGANS
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2025.11.03 10:12:57 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETAIN